Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES ◉ NO   **DOCKET NUMBER:** 5:26-cr-8-SCR

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| **CASE NAME** | **:US vs** | Tamoje Anderson |
|---|---|---|

**COUNTY OF OFFENSE** : Catawba

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : Arrest Warrant

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*   ◯ Petty   ◯ Misdemeanor   ◉ Felony

Tile 18, United States Code, Section 922(g)(1)

**JUVENILE:** ◯ Yes ◉ No

**ASSISTANT U. S. ATTORNEY** : William Wiseman

**VICTIM/WITNESS COORDINATORS:** N/A

**INTERPRETER NEEDED** : No

**LIST LANGUAGE AND/OR DIALECT:** N/A

**REMARKS AND SPECIAL INSTRUCTIONS:** N/A